IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FRANCISCO CHAIREZ-DE LA ROSA,<br><br>                    Defendant. | **4:15MJ3006**<br><br>DETENTION ORDER |

   The defendant poses a serious risk of flight if released  On the government's motion, the court afforded the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f).  The court concludes the defendant must be detained pending a status hearing.

   Based on the information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings, and by clear and convincing evidence that the defendant's release would pose a risk of harm to the public

   Specifically, the court finds that the defendant has a criminal record which indicates a propensity to violate the law and orders of the court;  has a propensity to harm or threaten harm to others; is not a United States citizen, is subject to an ICE detainer, and faces deportation;  has failed to appear for court proceedings in the past;  waived the right to a detention hearing;  and conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

<u>Directions Regarding Detention</u>

   The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

   January 29, 2015.

                                                            BY THE COURT:
                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge